UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Jason M. Vaughn

v.                                    Civil No. 09-cv-357-JL

Countrywide Home Loans, Inc.


O R D E R


I herewith approve the Report and Recommendation of Magistrate Judge

Muirhead dated November 4, 2009, no objection having been filed.

SO ORDERED.

December 1, 2009                       _____
                                      Joseph N. Laplante
                                      United States District Judge



cc:    Jason M. Vaughn, Pro se
       Douglas C. Doskocil, Esq.